## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:18CR196** |
| vs. | |
| COURTNEY CHEPKE | **ORDER** |
| Defendant. | |

     This matter is before the court on the defendant's Unopposed Motion to Continue Trial [35]. Counsel seeks additional time to prepare for trial. For good cause shown,

     **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [35] is granted as follows:

     1. The jury trial, now set for June 4, 2019, is continued to **August 13, 2019**.

     2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 13, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 17th day of May 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge