# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiffs,<br><br>vs.<br><br>**COURTNEY CHEPKE**<br><br>Defendant. | **8:18CR196**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss Case without Prejudice, ECF No. 54. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice.

IT IS ORDERED that the Government's Motion for Dismissal pursuant to Rule 48(a), ECF No. 54, is granted, and the Indictment is dismissed, without prejudice.

Dated this 29th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge